## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MIKE PLAZONY

v.

DESTINY HEALTH, INC.

Case Number:

```
FILED: MAY 8, 2008
08CV2672  EDA
JUDGE ST. EVE
MAGISTRATE JUDGE KEYS
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MIKE PLAZONY

| | |
|---|---|
| NAME (Type or print) <br> Michael Young | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Michael Young | |
| FIRM <br> Lisa Kane & Associates, P.C. | |
| STREET ADDRESS <br> 120 South LaSalle Street, Suite 1420 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06291111 | TELEPHONE NUMBER <br> 312-606-0383 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐