**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MIKE PLAZONY,  <br>          Plaintiff,  <br>  <br>vs.  <br>  <br>DESTINY HEALTH, INC.,  <br>          Defendant. | )  <br>)  <br>)  Case No. 08 CV 2672  <br>)  <br>)  The Hon. Amy St. Eve  <br>)  <br>)  Magistrate Judge Keys  <br>)  <br>) |

**DEFENDANT'S NOTIFICATION OF AFFILIATES –**
**CORPORATE DISCLOSURE STATEMENT**

Defendant, DESTINY HEALTH, INC., by and through its attorneys and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, hereby states the following:

1. Destiny Health, Inc. is a nongovernmental corporate party to this civil action;

2. Discovery Holdings Limited is Destiny Health, Inc.'s parent company; and

3. Discovery Holdings Limited is a publicly-traded company that owns 5% or more of Destiny Health, Inc.'s stock.

Respectfully submitted,

DESTINY HEALTH, INC.

By: /s/ Jason A. Schmidt

Peter A. Steinmeyer (ARDC No. 6211874)
Jake Schmidt (ARDC No. 6270569)
EPSTEIN BECKER & GREEN, P.C.
150 North Michigan Avenue, 35th Floor
Chicago, Illinois 60601
(312) 499.1400

Dated: June 4, 2008

CH:226258v1

- 2 -

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on June 4, 2008, he caused the foregoing to be filed and uploaded to the CM/ECF system which will send notification of such filing to the following:

> Lisa R. Kane
> LISA KANE & ASSOCIATES
> 120 South LaSalle Street
> Suite 1420
> Chicago, Illinois  60603

> /s/ Jason A. Schmidt