UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE PLAZONY,<br><br>       Plaintiff,<br><br>vs.<br><br>DESTINY HEALTH, INC.,<br>       Defendant. | )<br>)<br>)<br>)   Case No. 08 CV 2672<br>)<br>)   The Hon. Amy St. Eve<br>)<br>)   Magistrate Judge Keys<br>)<br>) |

## NOTICE OF MOTION

To:   Lisa R. Kane
      LISA KANE & ASSOCIATES
      120 South LaSalle Street
      Suite 1420
      Chicago, Illinois  60603

    YOU ARE HEREBY NOTIFIED that on June 9, 2008, at 8:30 a.m., the undersigned will appear before the Hon. Amy St. Eve in courtroom 1241 of the U.S. District Court, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present the **DEFENDANT'S MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and hereby served upon you.

                                        Respectfully submitted,

                                        DESTINY HEALTH, INC.

                                        By: /s/ Jason A. Schmidt

Peter A. Steinmeyer (ARDC No. 6211874)
Jake Schmidt (ARDC No. 6270569)
EPSTEIN BECKER & GREEN, P.C.
150 North Michigan Avenue, 35th Floor
Chicago, Illinois 60601
(312) 499.1400

Dated: June 4, 2008

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on June 4, 2008, he caused the foregoing to be filed and uploaded to the CM/ECF system which will send notification of such filing to the following:

> Lisa R. Kane
> LISA KANE & ASSOCIATES
> 120 South LaSalle Street
> Suite 1420
> Chicago, Illinois  60603

> /s/ Jason A. Schmidt