**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Mike Plazony
                Plaintiff,

v.                                              Case No.: 1:08−cv−02672
                                                    Honorable Amy J. St. Eve

Destiny Health Inc
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

       MINUTE entry before the Honorable Amy J. St. Eve: Defendant's Motion for an Extension of Time [14] is granted. Defendant to answer or otherwise plead by 7/10/08. Status hearing set for 6/25/08 is stricken and reset to 7/17/08 at 8:30 a.m. Joint Status Report to be filed by 7/14/08. No appearance is required on the noticed motion date of 6/9/08. (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.