IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MIKE PLAZONY,**<br>　　　　　　　　**Plaintiff,**<br>　v.<br><br>**DESTINY HEALTH, INC.,**<br>　　　　　　　　**Defendant.** | No. 08 CV 2672<br><br>**Hon. Amy J. St. Eve**<br>　**Judge Presiding**<br><br>Magistrate J. Keys |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

　　Plaintiff, MIKE PLAZONY, by and through his counsel, LISA KANE & ASSOCIATES, P.C., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby provides notice of his voluntary dismissal of this matter without prejudice.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　MIKE PLAZONY, Plaintiff,


　　　　　　　　　　　　　　　By:　s/Lisa Kane
　　　　　　　　　　　　　　　　　　Lisa Kane, Attorney for Plaintiff

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiff
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093