IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MIKE PLAZONY,** <br>                       **Plaintiff,** <br>    v. <br><br><br> **DESTINY HEALTH, INC.,** <br>                       **Defendant.** | No. 08 CV 2672 <br><br> Hon. Amy J. St. Eve <br> Judge Presiding <br><br> Magistrate J. Keys |

### NOTICE OF FILING

TO:

    Jake Schmidt, Esquire
    Epstein Becker & Green, P.C.
    150 North Michigan Avenue, 35th Floor
    Chicago, IL 60601

    PLEASE TAKE NOTICE that on *Friday, June 27, 2008,* Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: Notice of Dismissal Without Prejudice.

                                                    s/Lisa Kane
                                                    Lisa Kane, Attorney for Plaintiff

### PROOF OF SERVICE

    I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing and attached materials, to be served upon those persons to whom said Notice is directed, by ECF transmission, this 27th day of June, 2008, before the hour of 5:00 P.M.

                                                      s/Lisa Kane
                                                    Lisa Kane, Attorney for Plaintiff

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiff
120 South LaSalle Street, Suite 1420
Chicago, IL 60603
(312) 606-0383
Attorney Code No. 06203093